FILED
JUN 18 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY: DEPUTY CLERK

B 265
(8/96)

ORIGINAL FILED
JUN -7 2013
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# United States Bankruptcy Court
## Southern District Of New York

| | | |
|---|---|---|
| In Re: | ) | |
|   Quebecor World (USA) Inc. | ) | MISC — 13-0101-A |
|     Debtor | ) | 1-13-00080 |
| | ) | Case No. 08-10152 (SHL)  $44.00 |
| Eugene I. Davis, as Litigation Trustee | ) | 1:13 MC 0 0 0 2 7 — GSA |
| for the Quebecor World Litigation Trust. | ) | |
|     Plaintiff | ) | Chapter 11 |
| | ) | |
| v. | ) | |
| Dango Express, Inc. | ) | Adv. Proc. No. 10-1482 (SHL) |
|     Defendant | ) | |

## CERTIFICATION OF JUDGMENT FOR
## REGISTRATION IN ANOTHER DISTRICT

I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on <u>March 2, 2011</u> as it appears in the records of this court, and that:

   X  No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

   X  No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.
                                          Date

   ☐  An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____.
        Name of Court                Date

   ☐  An appeal was taken from this judgment, and the appeal was dismissed by order entered on _____.
    Date

                                  Vito Genna
                         Clerk of the Bankruptcy Court

                           By: _____
                                Deputy Clerk

                            May 10, 2013
                              Date

# UNITED STATES BANKRUPTCY COURT
for the
Southern District of New York

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Quebecor World (USA) Inc. | ) | Case No. 08-10152 (JMP) |
| *Debtor* | ) | |
| | ) | |
| Eugene I. Davis, as Litigation Trustee for | ) | |
| the Quebecor World Litigation Trust | ) | Chapter 11 |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 10-1482 (SHL) |
| | ) | |
| Dango Express, Inc. | ) | |
| *Defendant* | ) | BC 11,0052 |

## JUDGMENT BY DEFAULT

The defendant having been regularly notified by service of process and having failed to plead or otherwise defend, and the time for pleading or otherwise defending having expired according to law, and the default of the defendant having been duly entered on November 18, 2010.

Now therefore, upon application of the plaintiff, judgment is hereby entered against the defendant in favor of the plaintiff, as follows.

**IT IS ORDERED, ADJUDGED AND DECREED: that the Plaintiff, Eugene I. Davis, Litigation Trustee for the Quebecor World Litigation Trust, be awarded a default judgment against the Defendant, Dango Express, Inc., in the amount of $32,478.00, plus interest and costs in the sum of $250.00, which results in a total judgment of $32,843.54 as of today's date with interest continuing to accrue at the Federal Rate.**

Date: March 2, 2011

Vito Genna
Clerk of Court

/s/ Anatin Rouzeau
Deputy Clerk

I hereby attest and certify on 5/10/13 that this document is a full, true and correct copy of the original filed on our court's electronic case filing system.

Clerk, US Bankruptcy Court, SDNY
By: _____ Deputy Clerk

