**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EUGENE I. DAVIS, AS LITIGATION TRUSTEE FOR THE QUEBECOR WORLD LITIGATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>DANGO EXPRESS, INC.,<br><br>Defendant. | CASE NO. 1:13-MC-00027-GSA<br><br>*Honorable Gary S. Austin*<br><br>**ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER** |

Based upon Plaintiff's Request and Order for Service of Process by Registered Process Server, and upon finding of good cause,

IT IS HEREBY ORDERED that American Legal Support Services, Inc. who is at least 18 years of age of suitable discretion and not a party to the within action, be authorized and appointed to serve the writs in the above case. The U.S. Marshals Office will remain the levying officer.

Date : September 5, 2013                    **Gary S. Austin**
                                            United States Magistrate Judge

-1-

**ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER**